In the Matter of ELEANOR PETKOVSEK, Appellant, v JOEL D. SNYDER, Respondent. (Appeal No. 5.) [675 NYS2d 571] —Order unanimously affirmed without costs. Same Memorandum as in *Matter of Petkovsek v Snyder* ([appeal No. 4] 251 AD2d 1086 [decided herewith]). (Appeal from Order of Supreme Court, Herkimer County, Gilbert, J.—Family Offense.) Present—Pine, J. P., Hayes, Wisner, Pigott, Jr., and Boehm, JJ.